Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
Kenneth H. Frenchman, Esq. (KF-3635)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendants Merrill Lynch & Co., Inc. and 222 Broadway, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE WORLD TRADE CENTER LOWER             :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION         :
                                           :
-----------------------------------------------------------------X
AQUILES YAGUANA,                           :   07-CV-4525-AKH
                                           :
                          Plaintiff,       :
                                           :   **NOTICE OF ADOPTION**
     - against -                           :   **OF ANSWER**
                                           :   **TO MASTER COMPLAINT**
222 BROADWAY LLC *et al.*,                 :   **BY MERRILL LYNCH**
                                           :   **AND 222 BROADWAY**
                          Defendants.      :
                                           :   **ELECTRONICALLY FILED**
-----------------------------------------------------------------X

    PLEASE TAKE NOTICE THAT Defendants Merrill Lynch & Co., Inc. ("Merrill Lynch") and 222 Broadway, LLC ("222 Broadway"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their respective Answers to Master Complaint, both dated August 3, 2007, which were filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

DOCSNY-267238v01

WHEREFORE, Merrill Lynch and 222 Broadway demand judgment dismissing the above-captioned action as against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       September 14, 2007

DICKSTEIN SHAPIRO LLP

/s/ Judith R. Cohen_____
By:  Robert J. Higgins (RH-6477)
     Judith R. Cohen (JC-8614)
     Kenneth H. Frenchman (KF-3635)
     1177 Avenue of the Americas
     New York, New York 10036
     Phone: (212) 277-6500
     Fax: (212) 277-6501
     *Attorneys for Defendants*
     MERRILL LYNCH & CO., INC. and
     222 BROADWAY, LLC

DOCSNY-267238v01