UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------------X    07CV4525 (AKH)
AQUILES YAGUANA,

                           Plaintiffs,

- against –

                                                          ANSWER

222 BROADWAY, LLC, ALAN KASMAN DBA
KASCO, ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY, BLACKMON-
MOORING- STEAMATIC CATASTOPHE,INC.D/B/A
BMS CAT, BOARD OF EDUACATION OF THE CITY
OF NEW YORK, BROOKFIELD FINANCIAL PROPERTIES,
INC.BROOKFIELD FINANCIAL PROPERTIES,LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC.,
DEPARTMENT OF BUSINESS SERVICES, ENVIROTECH
CLEAN AIR, INC., GPS ENVIRONMENTAL CONSULTANTS,
INC. HILLMAN ENVIRONMENTAL GROUP, LLC.
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,.
KASCO RESTORATION SERVICES CO. MERRILL
LYNCH& CO. INC, NEW YORK CITY SCHOOL
CONSTRUCTION AUTHORITY, NOMURA HOLDING
AMERICA, INC. NOMURA SECURITIES INTERNATIONAL,
INC., STRUCTURE TONE GLOBAL SERVICES, INC.,
TOSCORP INC., TRIBECA LANDING L.L.C.,
TUCKER ANTHONY, INC. VERIZON COMMUNICATIONS,
INC., VERIZON NEW YORK INC., VERIZON PROPERTIES,
INC., WESTON SOLUTIONS, INC., WFP TOWER A CO.,
WFP TOWER A CO. G.P. CORP., WFP TOWER A. CO.,
L.P., WFP TOWER B CO. G.P. CORP., WFP TOWER
B HOLDING CO., LP, AND WFP TOWER B. CO.
L.P., ET AL

                           Defendants.
-------------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
September 14, 2007

Yours, etc.

FRIEDMAN, HARFENIST, LANGER & KRAUT
Attorneys for Defendant –Envirotech
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
(516) 775-5800

BY: _____
Heather L. Smar (4622)