UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
IN RE WORLD TRADE CENTER LOWER          :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
                                                                  :
------------------------------------------------------------------X
AQUILES YAGUANA,                                     :   07-CV-4525-AKH
                                                                  :
                Plaintiff,             :
                                                                  :   **APPEARANCE**
  - against -                                            :
                                                                  :
222 BROADWAY, LLC, *et al.*,                      :
                                                                  :   **ELECTRONICALLY FILED**
                Defendants.           :
------------------------------------------------------------------X


To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.** and **222 BROADWAY, LLC.**

I certify that I am admitted to practice in this court.



Dated:  New York, New York                 DICKSTEIN SHAPIRO LLP
        October 3, 2007
                                By:    ___/s/ Judith R. Cohen___
                                       Judith R. Cohen (JC-8614)
                                       1177 Avenue of the Americas
                                       New York, New York 10036
                                       Phone: (212) 277-6500
                                       Fax: (212) 277-6501
                                       *Attorney for Defendants*
                                       MERRILL LYNCH & CO., INC. and
                                       222 BROADWAY, LLC

DOCSNY-271877v01